IN THE UNITED STATES COURT OF FEDERAL CLAIMS

No. 20-1037 T
(Senior Judge Charles F. Lettow)

RAMON D. BANEY and MARION D. BANEY,

                              Plaintiffs,

v.

THE UNITED STATES,

                              Defendant.

### NOTICE OF APPEAL

Notice is give that Plaintiffs appeal to the U.S. Court of Appeals for the Federal Circuit from the final decision entered in this case.

Dated: October 12, 2023.

                              Respectfully submitted,

                              /s/ Raymond D. Baney
                              Raymond D. Baney
                              43 Dixon Road
                              Braitling, NT  0870
                              Australia
                              Tel. +61 417 080 923
                              Ramon.Baney@aitaxlitigation.com

                              Plaintiff *Pro Se*